454 A.2d 180

Commonwealth v. Walker, Appellant.
Petition for Allowance of Appeal
Denied March 28, 1983.

Submitted October 26, 1982. Sheri Desaretz, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Judgments of sentence affirmed.